911 P.2d 1100

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Hyps | 18231 | 2/01/96 | Affirmed in part, Vacated and Remanded in part |
| State v. Kamai | 18265 | 2/01/96 | Affirmed |
| State v. Pelekai | 17669 | 2/01/96 | Affirmed |
| State v. Browning | 17545 | 2/01/96 | Vacated and Remanded |
| State v. Zeder | 18062 | 2/01/96 | Vacated and Remanded |
| HonFed Bank v. Delmonte | 18759 | 2/02/96 | Affirmed |
| State v. Agudo | 17321 | 2/02/96 | Affirmed |
| State v. Furukawa | 18463 | 2/02/96 | Affirmed |
| State v. Smith | 16266 | 2/07/96 | Affirmed |
| Eline v. State | 18589 | 2/08/96 | Affirmed |
| Nye v. County of Hawai'i | 18773 | 2/12/96 | Affirmed |
| Johns v. State | 18943 | 2/13/96 | Affirmed |
| Higa v. Administrative Director of the Court | 17651 | 2/15/96 | Affirmed |
| State v. Ma | 18774 | 2/21/96 | Affirmed |
| State v. Plunkett | 18634 | 2/23/96 | Reversed and Remanded |